AO 91 (Rev. 01/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
Southern District of Ohio

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Kevin A. Howard | ) | Case No. |
| | ) | |
| | ) | 1 : 09MJO-268ñ |
| *Defendant* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of __11/02/2009__ in the county of ____Butler____ in the ____Southern____ District of ____Ohio____ , the defendant violated __21__ U. S. C. § __841(a)(1) & (b)(1)(B)__ , an offense described as follows:

defendant did knowingly and intentionally possess with intent to distribute in excess of 100 kilograms of marijuana, a Schedule I controlled substance.

This criminal complaint is based on these facts:

See attached affidavit hereto and incorporated herein.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Joshua D. Schlie, Task Force Officer, DEA
*Printed name and title*

Sworn to before me and signed in my presence.

Date:     __November 3, 2009__

_____
*Judge's signature*

City and state:     ____Cincinnati, Ohio____

Timothy S. Black, United States Magistrate Judge
*Printed name and title*

**ATTACHMENT B**

Your affiant, being duly sworn, does depose and state the following:

I, Joshua D. Schlie, am a duly sworn Task Force Agent of the Drug Enforcement Administration (DEA) having been so assigned since September of 2005. I have been a sworn, State of Ohio Peace Officer since July, 1999, and assigned as a Narcotics Detective since May, 2003. During my career in law enforcement I have received training in investigating and detecting violation of state and federal drug laws. The Attorney General of the United States has empowered me with Title 21 authority, which authorizes me to seize property, conduct search warrants, and make arrests of persons for violations of the Controlled Substances Act.

Your Affiant makes this affidavit in support of a complaint against Kevin HOWARD for Possession With Intent to Distribute over 100 kilograms of marijuana, in violation of Title 21, United States Code, Section 841. Since this affidavit is being submitted for the limited purpose of establishing probable cause supporting the arrest of HOWARD, I have not included each and every fact and circumstance of which I am aware. I have set forth only those facts which I believe are necessary to establish such probable cause.

On October 30, 2009 your Affiant received information from DEA Cincinnati Task Force Agent (TFA) Joshua Schlie and DEA Houston Special Agent Mark Walicki indicating that two large containers were en-route to the Greater Cincinnati area from Pharr, Texas. These two containers were shipped from EXPRESS EXPRESS, in Pharr, Texas to AZTECA TILE CERAMICS, 105 Constitution Drive, Fairfield, Ohio.

On October 30, 2009, the two crates being shipped to AZTECA TILE CERAMICS at 105 Constitution Drive and third crate being shipped to Toledo, Ohio from EXPRESS EXPRESS arrived at a cargo sorting facility in Erlanger, Kentucky. Your Affiant noted that all three crates were packaged in a nearly identical manner. At this cargo facility, your Affiant observed Cincinnati Police Officer Scott McManis utilize his drug detection K-9 "Diesel" to sniff the air around the crates. The dog gave a positive alert to the odor of an illegal substance coming from all three crates.

DEA TFA Eli Sautter then obtained a State of Kentucky search warrant for the crate intended for Toldeo, Ohio. At approximately 1:00PM, the search warrant was executed and the Toledo, Ohio crate was opened. Agents found the crate to contain 14 bundles of a green leafy substance believed to be marijuana contained in plastic, and covered in white powder. The weight of the marijuana was approximately 350 lbs.

Based on the facts set forth above, DEA Special Agent your Affiant obtained a Federal search warrant for 105 Constitution Drive, Suite C, Fairfield, Ohio from the Honorable Timothy S. Black, U.S. Magistrate Judge.

On October 30, 2009, at approximately 10:35AM, agents established surveillance on 105 Constitution Drive, Suite C, Fairfield, Ohio. At approximately 12:50PM, agents observed a white Ford van, bearing Ohio dealer plate 51232 park in front of 105 Constitution Drive, Suite C. At approximately 1:55PM agents observed a gray Ford Taurus bearing Ohio temporary registration S962452 arrive. A query of the vehicle

registration showed the registered owner to be Kevin A. HOWARD at 2530 Montana Avenue, Cincinnati, Ohio. The Taurus departed shortly thereafter.  At approximately 3:00PM, agents observed the white van depart.  At approximately 3:10PM, a truck from Averitt Express arrived at 105 C Constitution Drive, Fairfield, Ohio, but departed after failing to make contact with anyone from within 105 C Constitution Drive, Fairfield, Ohio.

On November 2, 2009, at approximately 7:20AM, Agents established surveillance on 105 C Constitution Drive.  At approximately 8:55AM, agents observed the white van, previously observed on October 30, 2009, arrive.  Agents observed a subject, later identified as Kevin HOWARD, open the garage door to Suite C.

At approximately 9:59AM, an Averitt Express truck, containing the two crates to which CPD canine "Diesel" alerted, arrived at 105 C Constitution Drive. Agents observed HOWARD drive a forklift from Suite C to the Averitt Expresss truck, and off-load the two crates into Suite C. The Averitt Express truck then departed.  Your Affiant learned that that HOWARD signed the name "Jim Jones" on the delivery receipt.

At approximately 10:19AM, agents observed HOWARD remove the van from the garage, close the garage door, and begin to depart.  One crate was observed in the cargo area of the white van.  Agents then converged on the van, detaining HOWARD, and securing the crate.  The crate inside the van was one of the two previously alerted on by Cincinnati Police Officer McManis' K-9.

At approximately 10:22AM, agents executed the search warrant on 105 Constitution Drive, Suite C.  During the search, agents found the second crate delivered moments earlier, and three additional crates.  All crates were opened during the search

warrant. Inside the two crates delivered on November 2, 2009, agents located marijuana. One crate was inside the van driven by HOWARD and contained 12 bundles of a green leafy substance believed to by marijuana, weighing approximately 352.8 lbs. The second crate delivered on November 2, 2009 was found inside 105 C Constitution Drive and contained 11 bundles of green leafy substance believed to by marijuana, weighing approximately 310.5 lbs. The additional three crates in Suite C contained a small quantity of stone and tile. The total quantity of green leafy substance believed to be marijuana is approximately 663.3. pounds, which is in excess of 100 kilograms.

Based on the above facts and circumstances, and on my experience and training, I have reason to believe, and do believe, that Kevin HOWARD possessed with intent to distribute in excess of 100 kilograms of a Schedule I controlled substance to wit marijuana in violation of Title 21, United States Codes, Section 841.

I swear that this affidavit is true to the best of my knowledge and belief and further, your affiant sayeth naught

Joshua D. Schlie
Task Force Officer
Drug Enforcement Administration

Sworn to and subscribed before
me this 3rd day of November 2009

The Honorable Timothy S. Black
United States Magistrate Judge
Southern District of Ohio